UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 26-00057-KK-DTBx** | Date: | March 27, 2026 |
|---|---|---|---|

| Title: | ***Sumiati v. Jing Wen Hu et al.*** |
|---|---|

Present: The Honorable    KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Dominique Carr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (In Chambers) Order to Show Cause Why Sanctions are Not Appropriate for Failure to Comply with Court Orders**

On February 27, 2026, the Court issued an Order Setting Scheduling Conference, requiring the parties "to confer on a discovery plan not later than twenty-one (21) days before the scheduling conference" and to file a Joint Rule 26(f) Report by March 26, 2026. ECF Docket No. ("Dkt.") 29 at 1-2. The Court warned the parties that failure "to cooperate in the preparation of the Joint Rule 26(f) Report may lead to the imposition of sanctions." Id.

Here, the parties failed to file a Joint Rule 26(f) Report. Rather, it appears defendants Jing Wen Hu and Zixiang Deng ("Defendants") refused to participate in the preparation of the Joint Rule 26(f) Report and thus Plaintiff filed a Rule 26(f) Report without Defendants' input. Dkt. 33.

Defendants are therefore in violation of the Court's February 27, 2026 Order. Accordingly, Defendants are **ORDERED TO SHOW CAUSE** in writing why sanctions in the amount of $500 should not be imposed for failure comply with court orders. Defendants shall file a response no later than seven (7) days from the date of this Order. **Defendants are expressly warned that failure to timely file a response to this Order will result in monetary sanctions for failure to comply with Court orders.**

**In addition, the parties are ordered to meet and confer and file a Joint Rule 26(f) Report no later than seven (7) days from the date of this Order. Failure to comply will result in sanctions.** See **Fed. R. Civ. P. 41(b).**

**IT IS SO ORDERED.**