# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMIATI (A/K/A SUMIATI TRIONO), <br> Plaintiff, <br> v. <br> JING WEN HU, ZIXIANG DENG, CRYSTALG, INC., and DOES 1–50, inclusive, <br> Defendants. | Case No.: 5:26-cv-00057-KK(DTBx) <br><br> **DISCOVERY MATTER** <br><br> **[~~PROPOSED~~] ORDER RE STIPULATED PROTECTIVE ORDER** <br><br> Assigned to Hon. Kenly Kiya Kato and Magistrate Judge David T. Bristow <br><br> Complaint Filed: January 7, 2026 |

- 1 -

[~~PROPOSED~~] ORDER

Pursuant to the Parties' stipulation, filed April 29, 2026 ("Stipulated Protective Order") and for good cause shown, it is ORDERED that the Stipulated Protective Order be entered.

**IT IS SO ORDERED.**

Dated: April 30, 2026 _____

_____
Hon. David T. Bristow
United States Magistrate Judge

- 2 -

(PROPOSED) ORDER

**PROOF OF SERVICE**

I, Nora Fernandez, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Alston & Bird LLP, 350 South Grand Ave., 51st Floor, Los Angeles, CA 90071.

On April 29, 2026, I served the document(s) described as **[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER** on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows: See Attached Service List

☒      BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 350 South Grand Avenue, Los Angeles, California 90071 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Alston & Bird LLP, 350 South Grand Avenue, Los Angeles, California 90071.

☒      BY ELECTRONIC MAIL TRANSMISSION WITH ATTACHMENT: On this date, I transmitted the above-mentioned document by electronic mail transmission with attachment to the parties at the electronic mail transmission address set forth on the attached service list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 29, 2026, at Los Angeles, California.

_____
/s/ *Nora Fernandez*
Nora Fernandez

(PROPOSED) ORDER

## SERVICE LIST

| | |
|---|---|
| Jing Wen Hu<br>10950 Church Street, Apt 3915<br>Rancho Cucamonga, CA 91730<br>Email: kayeeshily86@yahoo.com | ***Via Mail and Email*** |
| Zixiang Deng<br>10950 Church Street, Apt 3915<br>Rancho Cucamonga, CA 91730<br>Email: 138989714@qq.com | ***Via Mail and Email*** |

(PROPOSED) ORDER